Jose Rodolfo PENA, Petitioner,

v.

UNITED STATES of America; Immigration and Naturalization Service, Respondents.

No. 00–70623.

I & NS No. A72–174–429.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2002.*

Decided March 18, 2002.

Before D.W. NELSON, NOONAN, and HAWKINS, Circuit Judges.

MEMORANDUM **

Even if we were to find the determination of the Bureau of Immigration Appeals concerning petitioner's credibility to be inadequate, Pena's petition must be denied because the INS offered a preponderance of evidence attesting that conditions in El Salvador "have changed to such an extent that the applicant no longer has a well-founded fear of being persecuted if he ... were to return." *Lal v. INS,* 255 F.3d 998, 1002 (9th Cir.2001).

PETITION DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

